# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 98-60219

LAFAYETTE STEEL ERECTORS, INC.,

Plaintiff-Appellee,

versus

ROY ANDERSON CORP.,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Mississippi

(1:96-CV-65)

October 8, 1999

Before POLITZ, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Roy Anderson Corporation appeals an adverse bench trial judgment in favor of Lafayette Steel Erectors, Inc. Having considered the record, briefs, and oral arguments of counsel, and on the basis of the facts as found, authorities cited, and analysis made by the district court in its thorough and comprehensive Memorandum Opinion rendered November 14, 1997 and filed November 17, 1997, the final judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.